

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:      Patrick B Davenport v. The State of Texas

Appellate case number:   01-19-00260-CR

Trial court case number:  1566080

Trial court:                       176th District Court of Harris County

On December 3, 2019, this Court issued an order granting appellant's motion requesting access to a copy of the appellate record for use in preparing a response to appointed counsel's *Anders* brief. The order directed the trial court clerk to provide a copy of the record to appellant within 10 days and to further certify to this Court within 15 days the date upon which deliver of the record was made. On January 16, 2020, appellant filed a letter stating that he has not received the record. To date, the trial court clerk has not certified that a copy of the record was delivered to appellant.

Accordingly, we order the trial court clerk to provide a copy of the record, including the clerk's record, the reporter's record, and any supplemental records, to the appellant within **6 days** of this order. We further order that the trial court clerk certify to this Court within **10 days** of the date of this order, the date upon which deliver of the record has been made to appellant.

It is so ORDERED.

Judge's signature: _____/s/ Sarah B. Landau_____
                                        Acting individually

Date: ___January 21, 2020____